**Gregory J. WALSH, Plaintiff–Appellant,**

and

**Christina S. Walsh, Plaintiff,**

v.

**NATIONSTAR MORTGAGE, LLC; First Horizon Home Loan Corporation; First Tennessee Bank National Association; Mortgage Electronic Registration Systems, Incorporated, Defendants–Appellees,**

and

**Michelle Slattery; Larry Rice; All Unknown Persons, Claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to plaintiffs' title, or any cloud on plaintiffs; Does 1–20, inclusive, Defendants.**

No. 13–2199.

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2014.

Decided: May 7, 2014.

Gregory J. Walsh, Appellant Pro Se. John Curtis Lynch, Troutman Sanders, LLP, Virginia Beach, Virginia; Billy Bernard Ruhling, II, Troutman Sanders, LLP, Tysons Corner, Virginia, for Appellees.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory J. Walsh appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Walsh v. Nationstar Mortg., LLC,* No. 1:13–cv–00608–LO–JFA (E.D.Va. Sept. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*